## JAMES C. McANDREW, RESPONDENT, *v.* BARKER PLACE AND ANOTHER, APPELLANTS.

*Order of reference — form of stipulation prescribed as a condition of not granting it — when reviewable.*

Where the defendant seeks to avoid the reference of an action, concededly referable, by a stipulation which, it is alleged, will take the question of a long account out of the issues to be tried, it is proper for the court to make an order referring the cause, unless the defendant sign a stipulation, the form of which is prescribed by the order.

The form of a stipulation so prescribed will not be reviewed, except in cases where there is a manifest abuse of discretion.

APPEAL from an order made at the Special Term referring this action.

*G. H. Crawford* and *J. K. Hayward*, for appellants. *F. F. Marbury, Jr.*, for respondent.

Opinion by DAVIS, P. J.

DANIELS and BRADY, JJ., concurred.

Order affirmed, with costs.